IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 po 04-03

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TERRY RONALD JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to Government's Motion for Leave to File Late (#21) a response to Defendant's Motion to Dismiss outside of the period of time established by the Order (#12) of this Court and a later amendment (#18). The motion shows that the Government has not consulted with Russell L. McLean, III, counsel for Defendant, due to Mr. McLean being outside of his office. As a result, the undersigned will reserve ruling on the motion of the Government and will hear both the Government and the Defendant regarding Defendant's motion on December 5, 2016 at the appointed time.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Court will hear the Government's Motion for Leave to File Late (#21) at the scheduled hearing on December 5, 2016 at 9:30am in Courtroom No 2 of the United States Court House in Asheville, N.C.

Signed: December 1, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge